# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC-21 | E 1965312 | Chlebek | C9011 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 05/18/2025 2115 | Title 18 USC 13 |

Place of Offense: Utah Ave and California Blvd
VSFB (Exclusive)

Offense Description: Factual Basis for Charge   HAZMAT ☐
(VC 4000(a) No evidence of current registration

### DEFENDANT INFORMATION

Last Name: Walker
First Name: Christopher
MI: A

[Street Address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6383613 | CA | 18 | RAM | | Grey |

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ 80 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1415 State St, Santa Barbara CA 93101
Date: July 17.25
Time: 1:00 pm

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1965312*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 18, 2025 while exercising my duties as a law enforcement officer in the Central District of California.

On May 18 2025 at 2115 I Ofc Jake Chlebek was posted as Police 1 in full duty uniform in a marked police car. I observed a grey Ram pickup truck drive on California Blvd without a illuminated license plate. Upon initiating a traffic stop on California blvd and Utah ave, I identified the vehicle from its California registration 6383613, once I walked up to the vehicle I noticed the license plate had a tag from 2024. I identified the driver as Mr. Christopher Walker from his California driver license number D9588649. Mr. Walker stated that his address on the drivers license is current and correct. Mr. Walker stated he paided his registration 2 months ago but after a records check from datamaxx showed his vehicle expired from december 2024. Mr. Walker was unable to provide proof of registration and was cited for California Vehicle Code 4000(a).

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/18/2025   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license. CMV = Commercial vehicle involved in incident.